| | |
|---|---|
| 1 | David A. Klein (SBN 273925) |
| | KIRKLAND & ELLIS LLP |
| 2 | 2049 Century Park East, Suite 3700 |
| | Los Angeles, CA 90067 |
| 3 | david.klein@kirkland.com |
| | Telephone: +1 310 552 4310 |
| 4 | Facsimile: +1 310 552 5900 |
| 5 | Andrew Bloomer, P.C. *(pro hac vice pending)* |
| | Paul Collier, P.C. *(pro hac vice pending)* |
| 6 | R. Allan Pixton *(pro hac vice pending)* |
| | KIRKLAND & ELLIS LLP |
| 7 | 300 North LaSalle |
| | Chicago, IL 60654 |
| 8 | andrew.bloomer@kirkland.com |
| | paul.collier@kirkland.com |
| 9 | allan.pixton@kirkland.com |
| | Telephone: +1 312 862 2000 |
| 10 | Facsimile: +1 312 862 2200 |

*Attorneys for Defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HELLMAN, individually on behalf of himself and all others similarly situated; FRANCISCO BERLANGA, individually on behalf of himself and all others similarly situated; TIM ARTOFF, individually on behalf of himself and all others similarly situated; CY MITCHELL, individually on behalf of himself and all others similarly situated; and JONATHAN LOLLAR, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INC. (f/k/a POLARIS INDUSTRIES INC.), a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00949-JAM-DMC<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1, Defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.) ("Defendants") by and through the undersigned counsel, certify the following information:

Polaris Sales Inc. is a wholly owned subsidiary of Polaris Industries Inc. Polaris Industries Inc., in turn, is a wholly owned subsidiary of Polaris Inc. Polaris Inc. is a publicly traded entity, and no publicly held corporation owns 10% or more of its stock.

DATED: June 15, 2021

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ David A. Klein*

David A. Klein (SBN 273925)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
david.klein@kirkland.com
Telephone: +1 310 552 4310
Facsimile: +1 310 552 5900

Andrew Bloomer, P.C. (*pro hac vice pending*)
Paul Collier, P.C. (*pro hac vice pending*)
R. Allan Pixton (*pro hac vice pending*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
andrew.bloomer@kirkland.com
paul.collier@kirkland.com
allan.pixton@kirkland.com
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200

*Attorneys for Defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.)*