**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL HELLMAN, individually on behalf of himself and all others similarly situated; and FRANCISCO BERLANGA, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INC. (f/k/a POLARIS INDUSTRIES INC.), a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00949-JAM-DMC<br><br>CLASS ACTION<br><br>**ORDER OF DISMISSAL OF PLAINTIFF MICHAEL HELLMAN** |

**ORDER**

**PLEASE TAKE NOTICE** that the Court has reviewed the parties' Stipulation of Dismissal of Plaintiff Michael Hellman and hereby **ORDERS** that plaintiff Michael Hellman's claims be dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

DATED:  September 26, 2022          /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            SENIOR UNITED STATES DISTRICT JUDGE